# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY SINCAVAGE and MICHAEL WISNIEWSKI,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCHOTT NORTH AMERICA, SCHOTT A.G., and ERIC URRUTI,<br><br>    Defendants. | NO. 3:18-CV-01231<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 5th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss filed by Defendant Schott North America (Doc. 23) is **GRANTED in part** and **DENIED in part**.

    (A) Counts Three, Four, and Five of the Amended Complaint are **DISMISSED without prejudice** as to Schott North America.

    (B) The Motion is **DENIED** in all other respects.

(2) The Motion to Dismiss filed by Defendant Eric Urruti (Doc. 24) is **DENIED**.

(3) The Motion to Sever filed by Defendant Schott North America (Doc. 29) is **DENIED**.

(4) The Motion to Strike Returns of Service, filed by Schott A.G. (Doc. 31), construed as a motion to dismiss for lack of personal jurisdiction and insufficient service of process brought under Federal Rule of Civil Procedure 12(b), is **DENIED**.

(5) The Motion for Alternative Service filed by Plaintiffs Amy Sincavage and Michael Wisniewski (Doc. 34) is **DENIED**.

(6) The Motion to Strike affidavits and returns of service, filed by Schott A.G. (Doc. 49), is **DENIED** as moot.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge